FILED
U.S. DISTRICT COURT

2013 JUN 18 A 10: 17

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| HAROLD OTTO BRYSON, <br><br> Plaintiff, <br><br> v. <br><br> KELLYE JILL POTTER, also knows as Kellye Shaw, also known as Kellye Shaw Bryson, MICHAEL D. DIREDA, and SCOTT M. HADLEY, <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 1:12-cv-00202 <br><br> District Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Evelyn J. Furse on May 9, 2013 recommending that Mr. Bryson's case be DISMISSED for failure to prosecute, pursuant to DUCivR 41-2.

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. Neither party has filed such an objection.

Having reviewed all relevant materials, including the reasoning set forth in the magistrate judge's Report and Recommendation, the court ADOPTS the Report and Recommendation as described above.

It is so ordered.

1

DATED this 17th day of June, 2013.

                    BY THE COURT:

                    _____
                    HONORABLE DEE BENSON
                    United States District Court Judge